# EXHIBIT C

**MCI Worldcom**

888-993-2387
866-777-6272
888-999-9238
866-888-6272
888-999-2387
800-897-4755
866-444-4263
877-919-4263
877-566-4263
866-687-1687
866-687-2387
800-582-1381
866-444-7272

**Qwest/LCI International**

866-220-2387
888-333-9908
800-810-8603
800-810-8604

**AT & T**

888-439-9164
800-210-6527
800-810-5143
800-810-8608

**Dow Networks**

877-852-3896