UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date 7/17/06   Judge PERRY   Case No. 4:06cv1064 CEJ

USA vs. BETONSPORTS LLC

Court Reporter TERI HOPWOOD   Deputy Clerk BETH KIRKLAND

Attorney(s) for Plaintiff(s) MICHAEL FAGAN

Attorney(s) for Defendant(s) _____

Parties present for TRO HEARING (EX PARTE) / TEMPORARY RESTRAINING ORDER GRANTED / HEARING WILL SET AFTER 10 DAYS OF THE TEMPORARY RESTRAINING ORDER.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that _____

Pltf. Witness_____   Deft. Witness_____

Pltf. Witness_____   Deft. Witness_____

Pltf. Witness_____   Deft. Witness_____

Pltf. Exhibits: _____

Pltf. Exhibits: _____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 2:08 a.m./p.m. Concluded 2:21 a.m./p.m.