UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:06CV01064 CEJ |
| | ) |
| BETONSPORTS PLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## TEMPORARY RESTRAINING ORDER,

This cause coming on to be heard on Plantiffs' Motion for Temporary Restraining Order, Plaintiff having appeared *ex parte*, and the court having been duly advised in the premises,

This Court finds:

1)      Plaintiff has demonstrated that it is likely to succeed on the merits of its claims.

2)      Plaintiff will suffer irreparable harm in the absence of a temporary restraining order.

3)      Plaintiff will suffer more harm if temporary injunctive relief is not granted than Defendants will suffer if such temporary injunctive relief is granted.  There is no evidence that defendant will suffer any unjust damage as a result of a temporary suspension of its illegal business in the United States.  The case will be heard and adjudicated on an expedited basis to reduce any potential harm to Defendant.

4)      Injunctive relief is compatible with the public interest because Plaintiff is seeking to enforce laws that are designed to protect the public's interest.

Having considered the Plaintiff's "Complaint for a Temporary Restraining Order. . .and Other Equitable Relief;" the supporting "Affidavit of Det. Brian Mize and its Exhibits A, B and C' the "Plaintiff's Memorandum of Law in Support of its *ExParte* Motion for Temporary Restraining Order. . .'" and the "Declaration and Certification of U.S. Counsel Pursuant to Fed. R. Civ. P. 65(b). . .," it is hereby ORDERED and ADJUDGED that this Court's temporary restraining order shall issue and, until such time as a hearing shall be held within ten days of this date on Plaintiff's request for permanent injunctive relief, such hearing, to be scheduled upon the return to the District of U.S. District Judge Carol E. Jackson, to whom this case is assigned, this Court hereby ORDERS that:

     A.     the defendant, its agents, contractors and other entities having possession or control of the instrumentalities used by the defendant, its officers, employees, and all persons participating in or assisting in the defendant's operation are barred:

     (1)     from continuing to perpetrate the defendant's fraudulent scheme of operating an illegal gambling business through Internet web sites and telephone services in violation of 18 U.S.C. §§ 1341 & 1343;

     (2)     from continuing to operate or control or cause the operation of any web site that purports to offer sports betting, or transmit betting information in the United States;

     (3)     from continuing to operate or control or cause the operation of any telephone service that purports to offer sports betting, or transmit betting information in the United States;

     (4)     from soliciting and accepting wagers on sports and sporting events from persons in the jurisdiction of the United States;

2

(5)     from causing the transmission of wagering information using interstate and international wire communications facilities within the United States;

(6)     from causing the transmission of funds solicited from persons in the United States for the purpose of placing wagers on sports and sporting events to the defendant and its agents outside the United States;

(7)     from advertising, by any method, or in any media, or causing the advertising of any gambling activity which is in violation of United States law, specifically 18 U.S.C. § 1084 (the "Wire Wager Act");

(8)     from transporting gambling paraphernalia, or causing the transportation of gambling paraphernalia in the United States, in violation of United States law, specifically 18 U.S.C. § 1952;

(9)     from transferring or causing the transfer of funds to the United States, within the United States, or from the United States in violation of United States law, specifically 18 U.S.C. §§ 1956 and 1957; and

(10)    from causing persons or items to move in interstate or foreign commerce within the United States in violation of United States law, specifically 18 U.S.C. §§ 1952 and 1953; and,

B.     During the period that this temporary restraining order shall remain effective,

(1)     the defendant is not to transfer, convert, encumber or sell any of the domain names listed on Exhibit A, attached to Detective Mize's Affidavit and herein incorporated by reference;

3

(2)    the registrars and registries, specifically Directnic, Register.com,

GoDaddy.com and Network Solutions are not transfer, cancel, or otherwise make changes to the

domain name registrations for any of the domain names listed in Exhibit A without explicit

instructions from the Court;

(3)    the defendant must inform the providers of telephone services

listed in Exhibit C, attached to Detective Mize's Affidavit and herein incorporated by reference,

that it is ceasing illegal operations in the United States, and that it will no longer accept wagers,

or allow the transmission of betting information through interstate and foreign communication

facilities in the U.S., such being and having been in violation of federal law;

(4)    the defendant must return to the sender all funds in its possession

received from persons in the United States, for the purpose of opening a sports betting wagering

account;

(5)    the defendant must set up a toll free telephone service for each web

site it operates, to provide refund information to each person in the United States who has a

wagering account with each web site operated by the defendant in the United States;

(6)    the defendant must post, on each web site it operates that is

accessible from the United States, the following message on its primary access page:

**THIS WEB SITE DOES NOT ACCEPT WAGERS ON SPORTS OR
SPORTING EVENTS FROM PERSONS IN THE UNITED STATES. IT IS
A VIOLATION OF UNITED STATES LAW TO TRANSMIT SPORTS
WAGERS OR BETTING INFORMATION TO THIS WEB SITE FROM
THE UNITED STATES. IF YOU HAVE A WAGERING ACCOUNT
WITH THE OPERATORS OF THIS WEB SITE, PLEASE CALL [TOLL
FREE TELEPHONE NUMBER] TO ARRANGE A REFUND.**

4

       (7)     the defendant must provide an automated message on each

telephone wagering service it operates in the United States, stating the following:

> **THIS TELEPHONE SERVICE DOES NOT ACCEPT WAGERS ON
> SPORTS OR SPORTING EVENTS FROM PERSONS IN THE UNITED
> STATES. IT IS A VIOLATION OF UNITED STATES LAW TO
> TRANSMIT SPORTS WAGERS OR BETTING INFORMATION ON THIS
> TELEPHONE LINE. IF YOU HAVE A WAGERING ACCOUNT WITH
> THE OPERATORS OF THIS TELEPHONE LINE, HANG UP AND CALL
> [TOLL FREE TELEPHONE NUMBER] TO ARRANGE A REFUND.**

       (8)     the defendant must place the following statement as a full page

advertisement in a newspaper of national U.S. circulation (*i.e., The Wall Street Journal* or *USA*

*Today*];

> **BETONSPORTS PLC, WHICH OWNS AND OPERATES THE LISTED
> INTERNET WEB SITES AND TELEPHONE BETTING SERVICES [insert
> list], IS NO LONGER ACCEPTING WAGERS FROM PERSONS IN THE
> UNITED STATES. IT IS A VIOLATION OF UNITED STATES LAW TO
> TRANSMIT SPORTS WAGERS OR BETTING INFORMATION USING
> INTERSTATE OR INTERNATIONAL TELEPHONE LINES. IF YOU
> HAVE A WAGERING ACCOUNT WITH A BETONSPORTS PLC
> SPORTSBOOK OR TELEPHONE WAGERING SERVICE, PLEASE
> CALL [TOLL FREE TELEPHONE NUMBER] TO ARRANGE A
> REFUND.**

FURTHERMORE, this Court hereby

       C.     Orders the defendant, its agents, employees, attorneys, and all persons

acting in concert and in participation with it to provide to the United States the following

materials within seven (7) calendar days:

       (1)     a list of all financial institutions, including but not limited to banks

and brokerage houses, at which the defendant currently maintains or has maintained savings,

checking or other accounts during the previous five (5) years;

(2)    a list of all the names under which the defendant has operated in

the United States, including the names of individual persons, entities and trademarks; and

(3)    all business records relating to the scheme described in this

Complaint and the attached Affidavit.

*This order shall remain in effect for ten days unless otherwise ordered by the court.*

SO ORDERED:

_____
Honorable Catherine D. Perry
United States District Judge

Date: July 17, 2006
2:18 p.m.

6

# EXHIBIT A

007betonsports.com
1001nightcasino.com
100bets.com
100yardssportsbettingguide.com
105juice.com
105sports.com
123sportbet.com
123sportsbets.com
1800betonsports.com
1betstreet.com
1sportsaction.com
1webbet.com
2beteurosports.com
2betnasa.com
2betthenet.com
2eurobet.com
2ranksportsbook.com
2ratesports.com
2sportingbet.com
2sportswager.com
365wager.com
60minutesports.com
60minutessports.com
8889999bet.com
8889999bets.com
888999bets.com
999bets.com
999sportsbook.com
999wager.com
afootballcontest.com
aladinsports.com
amazingplays.com
apostadme.com
apostale.com
apostame.com
apostandoenlinea.com
apostandoitv.com
apostandole.com
apostandoles.com
apostaritv.com
apostarleitv.com

apostasemesportes.com
apostasxcelular.com
apostem.com
apuestamex.com
apuestascelulares.com
apuestasendeportes.com
apuestasitv.com
apuesteendeportes.com
apuesteitv.com
apuestele.com
apuestelecasino.com
apuesteleitv.com
asportingbet.com
baseball-betting-bonus.com
bestplacestobet.com
bet1st.com
betabetcr.com
bet-bets.com
betbos.com
betdunyasi.com
betelite.com
betfantasyonline.com
betgg.com
betherock.com
betinfinity.com
betinfinity.net
betmvp.com
betmvp.net
bet-nfl-games.com
beton168.com
betonamericanfootball.com
betonasa.com
betonbabes.com
betonbos.com
betoneurosports.com
betonevents.com
betonfantasy.com
betonfutebol.com
betongirls.com
betoninternet.com
betoninternet.net

1

betonitv.com
betonjaguar.com
betonleague.com
betonleagues.com
betonlotto.com
betonmadness.com
betonmlb.net
betonmobiles.com
betonnasa.com
betonnascar.com
betonsport.net
bet-on-sports.biz
betonsports.com
betonsports.info
bet-on-sports.us
betonsports1.com
betonsports123.com
betonsports2.com
betonsports3.com
betonsportsasia.com
betonsportsasia.net
betonsportsasiacasino.com
betonsportscasino.com
betonsportselite.com
betonsportsflash.com
betonsportsitv.com
betonsportspoker.net
betonsportsq.com
betonsportsquick.com
betonsports-taxfree.com
betonsportstf.com
betonsportswager.com
betontrack.com
betsandbabes.com
betsandgirls.com
bets-football.com
betthecards.com
betthecup.com
betthefield.com
bettherock.com
bettherockpoker.biz
bettherockpoker.net
bettinginstitute.com

bettingitv.com
bettorsroom.com
bettorstrust.biz
bettorstrust.info
bettorstrust.org
bettorstrust1.com
bettorstrustcasino.com
bettrackodds.com
betus123.com
betwithbos.com
betwithnasa.com
bet-world-cup.com
betxtreme.com
bigbolasports.com
bigtimewagering.com
bingo1st.com
bingoonitv.com
bitbets.com
bjudpasport.com
bos4fun.com
bosaffiliate.com
bosantigua.com
bosarcade.com
bosasiacasino.com
bosbaseball.com
bosbasketball.com
bosbet.com
bosbets.com
bosbingo.com
bosblackjack.com
bosboxing.com
boscasino.biz
boscasino.info
boscasino.net
boscasino.org
boscasino.us
boschallenge.com
bosdoom.com
boselite.com
bosflash.com
bosfootball.com
bosforfun.com
bosfun.com

2

bosgaming.biz
bosgaming.com
bosgaming.info
bosgaming.net
bosgaming.org
bosgirls.com
bosgolf.com
bosgroups.com
boshockey.com
boshorses.com
bositv.com
bosjob.com
boslite.com
boslotto.com
bosmadness.com
bosmedia.com
bosmls.com
bosnascar.com
bosnew.com
bosnfl.com
bosoccer.com
bosp2p.com
bosplay.com
bosplc.com
bospoker.biz
bospoker.net
bospokerclub.com
bospoolbetting.com
bospools.com
bosptop.com
bosquick.com
bosracebook.com
bosretro.com
bosrugby.com
bossitv.com
bos-soccer.com
bossoccerbet.com
bossport.com
bossportsbook.com
bosstocks.com
bos-taxfree.com
bosteam.com
bostennis.com

bostournament.com
bostourny.com
bostraditional.com
bostravel.com
bostrials.com
bosunreal.com
bosverdicts.com
bosvip.com
bosvipclub.com
bosworldsoccer.com
bosxgames.net
brasilcassino.com
bsaux.com
bsaux.net
btgsport.com
cabaretcasino.com
casino-168.com
casinogiochi.com
casinogokspelen.com
casinojuegos.com
casinojuegos.net
casinonewsletter.net
casinoofgods.com
casinoofoz.com
casinoonitv.com
casinoweddingen.com
concorsocoppadelmondo.com
concourscoupedumonde.com
concursocopamundial.com
contestsports.com
cyberloteria.com
dailyfreebet.com
deporteapuestas.com
deportesemas.com
deportesynoticias.com
deportesynoticias.net
digitalshoppers.com
domainchoices.net
epalace.com
esportingbet.com
eurobetmaker.com
eurobetmaker.net
eurosportbook.com

3

eurosportingbet.com
ez-shop-online.com
firstbet.us
football-bet-bets.com
football-betting-bets.com
footballbettingcontest.com
footballbettingnfl.com
freebetoffers.com
freedailybet.com
freenflpick.com
fullodds.com
futbolitv.com
gamble168.com
gambleonitv.com
gamblingbycell.com
ganeloteria.com
getasportbook.com
getasportsbook.com
ggbets.com
gibraltarpoker.biz
globalbettingnews.com
globalfoot.com
gololottocr.com
grannypenny.com
grupodenasa.com
gsmsportwedden.com
guardianbet.com
guardianbets.com
guardiancasino.com
guardiansports.com
handysportwetten.com
horseroom.com
horseroom.net
ibetboxing.com
ibeteurosports.com
ibethorses.com
ibetnasa.com
ibetonsports.com
ibetus.com
icasinobet.com
ieurobet.com
ilikebingo.com
ilove2bet.com

impactosdeportivos.com
impactosdeportivos.net
infinitysportsbook.com
infinitysportsbook.net
insidersfbg.com
inventabet.biz
inventabet.com
inventabet.info
inventabet.net
inventabet.org
inventabet.us
inventabets.com
inventanybet.com
investabet.com
iranksportbook.com
iranksportsbook.com
iranksportsbooks.com
isbcouncil.com
isportingbet.com
itvbook.com
itvbookie.com
itvfutbol.com
itvkeno.com
iwager2.com
iwannabetsports.com
jagbet.biz
jagbet.info
jagbet.net
jagbet.org
jagbet.us
jag-casino-affiliate-program.com
jagpoker.com
jagpoker.net
jagpokerclub.com
jagpool.com
jagsportsbet.biz
jagsportsbet.info
jagsportsbet.net
jagsportsbet.org
jagsportsbet.us
jagsportsbook.com
jaguarbets.com
jaguarcasino.com

4

jaguar-sportbook.com
jaguar-sportsbook.com
jdpicks.com
jimmydiamondinc.com
juegalatinos.com
· juegamex.com
juegamx.com
juegapr.com
juegositv.com
jugandoenlinea.com
jugandoitv.com
just4bingo.com
justfreepicks.com
kakekeitai.com
kakenodoumoto.com
kazinoporuski.com
ladybets.com
latinladieslive.com
lines-football.com
lines-nfl.com
listadejuegos.com
loteriadeportiva.com
magicbet.com
magicbets.biz
magicbets.com
magicbets.info
magicbets.net
magicbets.org
magicbets.us
mainbettingsite.com
makeasportswager.com
marcaevinci.com
marchmdns.com
masterbettingsite.com
maximfootball.com
mensbets.com
mensbets.net
millantigua.com
millcasino.com
milleniumsportsbook.com
millpoker.com
millsports.com
millsports.net

millsports.us
millsportsbook.com
mlblegacy.com
Monday-night-football.com
Monday-night-odds.com
Monday-night-wager.com
movilapuestas.com
mundodeapuesta.com
mundodeapuesta.net
mvpcontest.com
mvppoker.biz
mvpsuperbook.net
mybetonsports.com
mygambligworld.com
mygamblingworld.com
mynasasports.com
nasacasino.com
nasacasino.org
nasaclub.com
nasagaming.com
nasainternational.com
nasainternationalsports.com
nasakasino.com
nasaplayers.com
nasasport.com
nasasport.net
nasasportgroup.com
nasasportinternational.com
nasasports.biz
nasasports.net
nasasportsbook.com
nasasportsbook.net
nasasportsbookgroup.com
nasasportsbookinternational.com
nasasportsgroup.com
nasasportsinternational.com
nflbetsbetting.com
nflbettingbookie.com
nflbettingcontest.com
nflfootballwagering.com
nfl-game-bet.com
nflgamebetting.com
nflgameodds.com

5

nfllegacy.com
nfl-sportsbooks.com
nflspreadbetting.com
nfl-teams.com
nofavorites.com
noticasydeportes.com
online-nfl-bets.com
ozgaming.com
ozgaming.net
pariportable.com
pickfantasy.com
placestobet.com
pokeronitv.com
ponybook.com
puntaallosport.com
rockislandcasino.com
rockislandpoker.biz
rockislandpoker.com
rockislandpoker.net
rockislandsport.com
rockislandsport.net
rockislandsports.biz
rockislandsports.com
rockislandsports.info
rockislandsports.net
rockislandsports.org
rockpokerclub.com
sbcouncil.com
sbcouncil.net
sitesmasters.com
sporthits.biz
sporthits.com
sporthits.info
sporthits.org
sporthits.us
sporthustlers.com
sportingbetonline.com
sportontheinternet.com
sportsbook-bos.com
sportsbookcouncil.com
sportsbookitv.com
sportsbooksyndicate.com
sportshit.net

sportshustle.com
sportsintl.com
sportsonitv.com
sportsontheinternet.com
sportsparier.com
squarepoker.com
staukiporuski.com
stavkinasport.com
stavkipomobilniku.com
stavkiporuski.com
stuff-zone.com
taiyuwunton.com
teeboxgolf.com
telerihane.com
the-cyberstore.net
thehorsebookie.com
thehorsebookie.com
the-superbowl.com
ticobet.com
tobetsports.com
truesportsbook.com
unitedcardroom.com
wager123.com
wageraffiliate.com
wageraffiliates.com
wagerfantasy.com
wagering-football.com
wagering-nfl.com
wageringworldcup.com
wageritv.com
wageroninternet.com
wageronitv.com
wageronsport.com
wagerplaza.com
wager-sports.com
wagersyndicate.com
wagerwizards.com
wageryes.com
wannabetfootball.com
wannamakeawager.com
wannapunt.com
wannasportsbook.com
wannawager.com

wapwagering.com
webdomians.com
webet2.com
webplayers.com
wedopsporten.com
weltcupwettbewerb.com
weranksportbook.com
weranksportsbook.com
wettenmeister.com
wewager2.com
wheretwobet.com
winfantasy.com
winonlottery.com
worldbettingsite.com
worldcupbettinginc.com
worldcupbettingzone.com
worldcupkontesto.com
worldgamblingassociation.com
worldgamblingfederation.com
worldgamblingindex.com
worldgamingindex.com
worldsbestsportsbooks.com
xtremebet.com
zonajuegos.com


bestlinesports.com
playersb.com
playersportsbook.com
players-sb.com
players-sb.com
players-sb.net
players-superbook.com
playerssuperbook.net
playerssuperbook.org
playersuperbook.com
player-superbook.com
vbookmaker.com
v-bookmaker.com
vbookmaker.net
v-bookmaker.net

vbookmaker.org
v-bookmaker.org
virtualbookmaker.com
virtualbookmaker.net
v-sportsbook.com
v-wager.com
v-wager.net
v-wagering.com
v-wagers.com


osga.com
youwager.com
youwager.net


800betonsports.com
apostareninternet.com
bemill.biz
bemill.com
bemill.info
bemill.net
bemill.us
betbg.com
beteurosports.com
betextreme.com
betgibraltar.biz
betgibraltar.com
betgibraltar.info
betgibraltar.us
betinfinity.biz
bet-infinity.com
betinfinity.info
betinfinity.us
betinfinitysports.biz
betinfinitysports.info
betinfinitysports.us
betjag.com
betmil.biz
betmil.com
betmil.info
betmil.us
betmileniumsport.biz
bet-milenium-sport.biz

7

betmileniumsport.us
bet-milenium-sport.us
bet-milennium-sport.biz
betmilenniumsport.us
bet-milennium-sport.us
betmilenniumsports.biz
bet-milennium-sports.biz
betmilenniumsports.us
bet-milennium-sports.us
betmill.biz
betmill.com
betmill.info
betmill.net
betmill.us
betmilleniumsport.biz
bet-milleniumsport.biz
betmilleniumsport.us
bet-millenium-sport.us
betmilleniumsports.biz
bet-millenium-sports.biz
betmilleniumsports.us
bet-millenium-sports.us
betmillenniumsport.biz
betmillenniumsport.us
betmillenniumsports.biz
bet-millennium-sports.biz
betmillenniumsports.us
et-millennium-sports.us
betmillnow.com
betmillsports.com
betoninternet.biz
betoninternet.info
betoninternet.us
betonsport.biz
betonsport.com
betonsport.info
betonsport.org
betonsports.biz
betonsportsfast.com
betonsportsquik.com
betonsportsretro.com
betonworldcupfootball.com
betonworldcupsoccer.com

betquik.com
bettherock.biz
bet-the-rock.biz
bet-the-rock.com
bettherock.info
bet-the-rock.info
bettherock.us
bet-the-rock.us
bettorsblog.com
bettorstrust.com
bettorstrust.net
bettorstrust.us
boscasino.com
bosgaming.us
bospoker.com
bosquik.com
casewager.com
casinoweddenschappen.com
firstpunt.com
gibraltarsports.us
infinitypoker.net
infinitypokerclub.com
infinitysportsbook.biz
infinitysportsbook.info
infinitysportsbook.us
iratesportsbooks.com
jagbet.com
jagbets.com
jagcasino.com
jagcasino.net
jagsportsbet.com
jaguarsports.us
kajinokake.com
kasinospielen.com
ladybets.net
mileniumsport.biz
milenium-sport.biz
mileniumsport.us
milenium-sport.us
mileniumsports.biz
milenium-sports.biz
mileniumsports.us
milenium-sports.us

8

milenniumsport.biz
milennium-sport.biz
milenniumsport.us
milennium-sport.us
milennium-sports.biz
milennium-sports.us
millbet.com
mvpbets.com
mvpbets.net
nasacasino.biz
nasacasino.info
nasacasino.net
nasacasinos.com
nasacasinos.net
nasainternational.net
nasasports.us
noticasydeportes.net
parisfaciles.com
patyesingcasino.com
paysports.com
puntfirst.com
rihaneriyadi.com
rockislandsports.us
wagercase.com
wager-mall.com
wagermall.info
wager-mall.info
wagermall.us
wagermillennium.com
wageronfantasy.com
weratesportsbook.com

9