UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06CV01064 CEJ |
| | ) | |
| BETONSPORTS PLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO UNSEAL

By its undersigned attorneys, the United States moves to unseal the pleadings, affidavit, and transcript of hearing in this matter.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

MICHAEL K. FAGAN, #6617
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

SO ORDERED:

United States District Judge

Date: July 21, 2006