UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date: 07/26/2006

U.S. District Judge Catherine D. Perry, presiding.

Case No.   4:06CV1064CEJ

U.S.A. v. Betonsports PLC.

Court Reporter: Teri Hopwood.     Deputy Clerk: B.D. Crow

Attorneys for Plaintiff:     **Marty Woelfle and Michael Fagan.**
Attorney for Defendant:     **None present.**

**Parties present for hearing on status of the temporary restraining order. Counsel requested extension of the Temporary Retraining Order issued 7/17/2006.**

**FROM THE BENCH:** The Court ORDERED that this request for extension will be granted and a written order extending the Temporary Restraining Order to MONDAY 07/31/2006, will issue this date.

**IT WAS FURTHER ORDERED FROM THE BENCH,** that this matter is set for a hearing on the U.S.A.'s request for a Preliminary and Permanent Injunction on MONDAY, 07/31/2006 AT 2:00 P.M. BEFORE U.S. DISTRICT JUDGE CAROL E. JACKSON.

**Proceedings commenced at 10:00 a.m.; Concluded at 10:15 a.m.**