4 summonses iss'd

RECEIVED
JUL 26 2006
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States
vs.
BetonSports PLC

No. 4:06CV1064 CEJ

**United States District Court**

Eastern District of Missouri

July 26, 20 06

**MEMORANDUM FOR CLERK**

At the United States' request, four (4) summonses issued directed to BetonSports PLC.

_____, AUSA
MICHAEL K. FAGAN, #6617

Attorney for (Plaintiff)
~~Defendant~~

111 So. 10th, 20th Fl
St Louis MO 63102
314-539-6890