UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06CV01064CEJ |
| | ) | |
| BETONSPORTS PLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COME NOW Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Marty Woelfle, Trial Attorney for the Organized Crime and Racketeering Section, United States Department of Justice, and hereby enters her appearance on behalf of the United States.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney


s/Marty Woelfle
MARTY WOELFLE  AZ Bar#009363
Trial Attorney
Organized Crime and Racketeering Section
U.S. Department of Justice
1301 New York Avenue, Room 705
Washington, DC 20005
(T) 202-353-2373
(F) 202-514-3601

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2006. The foregoing was filed electronically with the Clerk of the Court to be served via facsimile to the following non-participant in Electronic Case Filing:

Steven M. Cohen
Kronish Lieb Weiner & Hellman, LLP
1114 Avenue of the Americas
NY, NY 10036-7798
(F) 212-479-6275

                                              s/ Marty Woelfle
                                              MARTY WOELFLE AZ Bar #009363
                                              Trial Attorney