UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:06-CV-1064(CEJ) ) |
| BETONSPORTS PLC, | ) ) |
| Defendant. | ) |

### ORDER

Upon the request of the United States and for the reasons set forth on the record of the hearing held this date,

**IT IS HEREBY ORDERED** that the Temporary Restraining Order entered on July 17, 2006, is extended and shall remain in full force until **August 14, 2006.**

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 31st day of July, 2006, at 2:30 p.m.