UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date 7/31/06   Judge Jackson   Case No. 4:06CV1064
_____ USA _____ vs. BetonSports PLC
Court Reporter G. Bond   Deputy Clerk KSHesaw
Attorney(s) for Plaintiff(s) Michael Fagan, Marty Woelfle
Attorney(s) for Defendant(s) none present

Parties present for hearing on status of the temporary restraining order. Counsel requested extension. Issues regarding service discussed.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that the temporary restraining order is continued until 8/11/06. Order to issue.

Pltf. Witness_____  Deft. Witness_____

Pltf. Witness_____  Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits:_____

Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 2:07 a.m./p.m.  Concluded 2:27 a.m./p.m.