UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet - Civil Case

Date 8/14/06 Judge Carol E. Jackson Case No. 4:06 CV 1064 CEJ

USA v. Betonsports PLC

Court Reporter Gary Bond Deputy Clerk Katie Stamm

Attorney(s) for Plaintiff(s) Michael Fagan ; Marty Woelfle

Attorney(s) for Defendant(s) None

☐ Court Appoints _____ ☐ Sealed Proceeding

**Proceedings:**

☐ Rule 16 Conference ☐ Pretrial Conference

☒ Status Conference on TRO ☐ In Chambers Conference

☐ Motion Hearing ☐ Informal Matter

☐ Oral Arguments ☐ Settlement Conference

Parties present for hearing on Status of case with regard to
service on defendant. Gov't's request for an
extension of the TRO granted; in order for service
to be obtained; TRO to be extended to a date
certain; Order to issue

Next hearing date/ time _____ Type of hearing _____

Before _____

Proceeding commenced 2:18 Proceeding concluded 2:25

Continued to _____

☐ **TERMINATE CASE REFERRAL** ☐ **COPY TO DISTRICT JUDGE**