

U.S. Department of Justice

Criminal Division
Organized Crime and Racketeering Section

*Washington, D.C. 20530*

August 25, 2006

**MEMORANDUM**

**To**: Clerk of the Federal Court
Eastern District of Missouri

**From:** Marty Woelfle, Trial Attorney

**SUBJECT:** United States v. BETONSPORTS PLC, 4:06cv01064 - request for Alias Summons

    The United States Attorney's Office for the Eastern District of Missouri and the Organized Crime and Racketeering Section request that the Clerk of the Court issue the Alias Summons submitted with this Memo, and attach to the Alias Summons certified copies of the Complaint and other documents in this case as appropriate for private service pursuant to the Hague Convention.