AO 440 (Rev. 10/93)   Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

        Plaintiff,

V.

BETONSPORTS PLC,

        Defendant.

ALIAS
## SUMMONS IN A CIVIL CASE

CASE NUMBER:   4:06CV01064(CEJ)

**TO:** (Name and address of defendant)
BETONSPORTS PLC
CountyMark House
50 Regions Street
London W1B 5RD
United Kingdom

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael K. Fagan
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102

and/or   Marty Woelfle
Trial Attorney
Organized Crime and Racketeering Section
c/o 111 South 10th Street, Room 20.333
St. Louis, Missouri 63102

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me† | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            *Date*

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.