UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET CRIMINAL PROCEEDINGS

Date 8/31/06   Judge Carol E. Jackson   Case No. 4:06CV1064 CEJ

**UNITED STATES OF AMERICA vs.** Betonsports

Court Reporter Gary Bond   Deputy Clerk Katie Stamm
Assistant United States Attorney(s) Marty Woelfle
Attorney(s) for Defendant(s) None present
Interpreter _____ Probation Officer _____

Parties present for status conference; No one for the defendant appeared; Gov't is attempting service in London; Gov't requested an extension of time of 30 days to extend the TRO; Court granted request; TRO extended 30 days. Order to issue setting status conference date.

**It is hereby ordered that** _____

Govt.Witness _____   Deft. Witness _____
Govt.Witness _____   Deft. Witness _____
Govt.Witness _____   Deft. Witness _____

Govt. Exhibits: _____
Govt. Exhibits: _____
Deft. Exhibits: _____
Deft. Exhibits: _____

**Defendant is**   ☐ Released on Bond   ☐ Remanded to Custody

☐ Exhibits retained by   ☐ counsel   ☐ court

Defendant attorney present at _____ a.m./p.m.

Proceedings commenced 11:10 a.m./p.m.   Concluded 11:16 a.m./p.m.