```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
     v.                         )   No.  4:06-CV-1064(CEJ)
                                )
BETONSPORTS, PLC,               )
                                )
            Defendant.          )
```

**ORDER**

    This matter is before the Court following a status hearing. Counsel for the United States and counsel for defendant Betonsports, PLC state that the parties have begun negotiations to resolve this case without a trial. To enable them to complete their settlement discussions, the parties jointly request that the temporary restraining order be continued. The Court finds that an extension is appropriate to maintain the status quo while the parties continue their efforts to achieve an amicable resolution of the case.

    Accordingly, for good cause shown,

    **IT IS HEREBY ORDERED** that the temporary restraining order entered on July 17, 2006, is extended and shall remain in full force until **Monday, October 16, 2006.**

                                                             _____
                                                             CAROL E. JACKSON
                                                             UNITED STATES DISTRICT JUDGE

Dated this 19th day of September, 2006, at 11:00 a.m.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com