UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  4:06CV01064 CEJ |
| | ) | |
| BETONSPORTS PLC, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>ENTRY OF APPEARANCE</u>

COMES NOW Jeffrey T. Demerath of Armstrong Teasdale LLP and hereby enters his

appearance as attorney(s) for Defendant Betonsports PLC.

BY:    /s/Jeffrey T. Demerath
         Jeffrey T. Demerath       #2963
         *Attorney for Defendant Betonsports PLC*
         Armstrong Teasdale LLP
         One Metropolitan Square, Suite 2600
         St. Louis, Missouri 63102-2740
         (314) 342-4103
         (314) 552-4867 (facsimile)
         jdemerath@armstrongteasdale.com

         and

         Steven M. Cohen
         *Attorney for Defendant Betonsports PLC*
         Kronish Lieb Weiner & Hellmann LLP
         1114 Avenue of the Americas
         New York, New York  10036
         (212) 479-6223
         (212) 202-5413 (facsimile)
         scohen@kronishlieb.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2006, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system and/or was hand delivered to the following:

Michael Fagan, Esq.
Assistant United States Attorney
United States Attorney for the
 Eastern District of Missouri
Thomas Eagleton U.S.Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO  63102


/s/ Jeffrey T. Demerath