UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date _9-19-06_ Judge _CEJ_ Case No. _4:06CV1064CEJ_

_USA_ vs. _Brian sparti_

x Court Reporter _G bond_ Deputy Clerk _cludy_

___ Attorney(s) for Plaintiff(s) _Mike Fagan_

___ Attorney(s) for Defendant(s) _Jrll O emrvath_

Parties present for _Status hrg._
Parties represent progress being made on settlement and request TRO to be continued to 10-16-06
So Ordered CEJ.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that _____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits:_____

Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced _10:10_ a.m./p.m. Concluded _10:15_ a.m./p.m.