UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date __10/16/06__ Judge __Carol E. Jackson__ Case No. __4:06CV1064 CEJ__
__USA__ vs. __Betonsports__
Court Reporter __Gary Bond__ Deputy Clerk __Laura Wildermuth__
Attorney(s) for Plaintiff(s) __Michael Fagan__
Attorney(s) for Defendant(s) __Jeff Demerath__

Parties present for _TRO hearing; Parties request a continuance of the hearing; Court grants same_

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that _the hearing is continued order to issue_

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits:_____

Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced __9:15__ (a.m.)/p.m. Concluded __9:25__ a.m./p.m.