```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06-CV-1064(CEJ) |
| | ) |
| BETONSPORTS, PLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court following a status hearing. Counsel for the United States and counsel for defendant Betonsports, PLC state that the parties are close to completing their negotiations to resolve this case without a trial. To enable them to finalize the settlement, the parties jointly request that the temporary restraining order be continued for a period of one week. The Court finds that an extension is appropriate to maintain the status quo while the parties continue their efforts to achieve an amicable resolution of the case.

Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that the temporary restraining order entered on July 17, 2006, is extended and shall remain in full force until **Monday, October 23, 2006.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2006, at 10:30 a.m.