UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:06-CV-1064 CEJ |
| ) | |
| BETONSPORTS, PLC, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court following a telephonic status conference with counsel for the parties.  Counsel jointly request that the temporary restraining order be continued for a period of two weeks to allow them to complete their settlement negotiations.  The Court finds that an extension is appropriate to maintain the status quo while the parties continue their efforts to resolve this case.

Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that the temporary restraining order entered on July 17, 2006, is extended and shall remain in full force and effect until November 6, 2006.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2006, at 9:30 a.m.