UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  4:06CV01064 CEJ |
| | ) | |
| BETONSPORTS PLC, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION

COMES NOW Defendant BetOnSports PLC and Plaintiff United States of America and stipulate that the status hearing on the Permanent Injunction set for October 23, 2006 is continued to November 6, 2006 at 9:00 a.m. and that the Temporary Restraining Order shall remain in effect.

Respectfully submitted,

BY:   /s/Jeffrey T. Demerath
Jeffrey T. Demerath          #2963
*Attorney for Defendant Betonsports PLC*
Armstrong Teasdale LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
(314) 342-4103
(314) 552-4867 (facsimile)
jdemerath@armstrongteasdale.com

and

Steven M. Cohen
*Attorney for Defendant Betonsports PLC*
Kronish Lieb Weiner & Hellmann LLP
1114 Avenue of the Americas
New York, New York  10036
(212) 479-6223
(212) 202-5413 (facsimile)
scohen@kronishlieb.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 23, 2006, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the following:

| | |
|---|---|
| Michael Fagan, Esq. | Marty Woelfe |
| Assistant United States Attorney | U.S. Department of Justice |
| United States Attorney for the | 1301 New York Avenue |
|   Eastern District of Missouri | Room 705 |
| Thomas Eagleton U.S.Courthouse | Washington, D.C. 20005 |
| 111 S. 10th Street, 20th Floor | (202) 353-2373 |
| St. Louis, MO  63102 | marty.woelfle@usdoj.gov |
| (314) 539-2200 | |
| Michael.fagan@usdoj.gov | |

                                              /s/Jeffrey T. Demerath