UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** 11/6/06  **Judge** Carol E. Jackson   **Case No.** 4:06CV1064 CEJ
     USA       **vs.**    Betonsports, PLC
**Court Reporter** G. Bond   **Deputy Clerk** K. Hisaw
**Attorney(s) for Plaintiff(s)** Michael Fagan
**Attorney(s) for Defendant(s)** Jeffrey Demerath

**Parties present for** TRO hearing; Parties request an extension

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that the TRO will be extended until Thursday, 11/9/06

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits:_____

Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 9:10 a.m. Concluded 9:15 a.m.