```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION
```

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )
     v.                          )   No.  4:06-CV-1064(CEJ)
                                 )
BETONSPORTS, PLC,                )
                                 )
          Defendant.             )

### ORDER

This matter is before the Court following a status hearing. Counsel jointly request that the temporary restraining order be continued through November 9, 2006, to allow them to finalize their settlement negotiations. The Court finds that an extension is appropriate to maintain the status quo while the parties continue their efforts to achieve an amicable resolution of the case. Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that the temporary restraining order entered on July 17, 2006, is extended and shall remain in full force until **Thursday, November 9, 2006.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of November, 2006, at 9:40 a.m.