UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 4:06CV01064 CEJ |
| v. ) | |
| ) | |
| BETONSPORTS PLC, ) | |
| ) | |
| Defendant. ) | |

**MUTUAL CONSENT OF
THE PARTIES TO ORDER
OF PERMANENT INJUNCTION**

Plaintiff (United States of America) and Defendant (BETONSPORTS PLC), by their respective undersigned counsel hereby mutually agree to this Court's entry of, and to be bound by, an Order of Permanent Injunction, which is based upon the Temporary Restraining Order previously entered in this case on July 17, 2006, the evidence adduced in support thereof, and the findings made by this Court pursuant to Rule 65(d), Fed. R. Civ. P. Defendant BETONSPORTS PLC's Board of Directors has directed the undersigned to sign this Consent on its behalf, and a Resolution of the Board stating the Defendant's intent in this matter shall be filed with the Court. The agreed-upon Order of Permanent Injunction is attached for signing and entry.

_____  *6617
Michael K. Fagan
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, Missouri 63102

_____
Marty Woelfle
Trial Attorney
OCRS-DOJ
1301 New York Ave., Room 705
Washington, D.C. 2005

_____  BY (Goldo Scott 85932)
Stephen Cohen
Cooley Godward Kronish LLP
1114 6th Avenue
New York, NY 10036

_____  BY (Goldo Scott 85932)
Jeffrey Demerath
Armstrong Teasdale LLP
One Metropolitan Square, Suite 2600
St. Louis, MO 63102-2740