THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
ANTIGUA AND BARBUDA



REGISTRAR'S OFFICE
NOV 2 2 2006
4:30
ANTIGUA & BARBUDA

CLAIM NO. ANUHCV2006/

BETWEEN:

FINANCIAL SERVICES REGULATORY COMMISSION

**Claimant /Applicant**

-And-

**BETONSPORTS (ANTIGUA) LTD.**

**Defendant/Respondent**

## ORDER

BEFORE: The Honourable Mr. Justice Errol Thomas in Chambers
DATED the 22nd day of November, 2006
ENTERED the 22nd day of November, 2006

UPON the Application of the Applicant filed herein on the 22nd November 2006.

AND Upon Reading the Affidavit of Kathleen "Kaye" Mc Donald filed herein on 22nd November 2006 in support of the Application.

AND Upon hearing Charlesworth O. D. Brown, Counsel for the Applicant.

IT IS ORDERED THAT:

1. The Respondent be and is hereby restrained by itself, its servants or otherwise from:

    (1) Further disposing of or otherwise dealing with any of its assets including funds held in bank accounts in the name of Respondent or otherwise held by third parties on behalf of the Applicant within or outside Antigua and Barbuda without the consent, management or supervision of the Applicant in accordance with the International Business Corporations Act Cap 222 of the Laws of Antigua and Barbuda as amended and the Interactive Gaming and Interactive Wagering Regulations 2001.

    (2) Entering into any agreement or arrangement to sell, transfer or otherwise dispose of any of its assets within or outside of Antigua and Barbuda without the consent, management and supervision of the

  Applicant in accordance with the International Business Corporations Act Cap 22 of the Laws of Antigua and Barbuda as amended and the Interactive Gaming and Interactive Wagering Regulations 2001.

  (3) Carrying on or transacting business of any kind whatsoever under its licence granted by the Applicant in contravention of the International Business Corporations Act Cap 222 and the Interactive Gaming and Wagering Regulations 2001.

2. The Respondent do account for all of its assets now or previously in its possession or under its control or in the possession of or under the control of any other entity on its behalf which were acquired directly or indirectly since its incorporation under the International Business Corporations Act.

3. The Respondent do provide to the Applicant:
  (1) a comprehensive list of all the banks and financial institutions with which it held or now holds accounts of any kind whatsoever.

  (2) a comprehensive list of all transactions, agreements, arrangements, undertakings and copies of all documents evidencing the same under which it has an outstanding obligation in respect of any or all of its assets.

  (3) all accounts, documents and information to enable the Applicant to trace, if necessary, any or all of the assets of the Respondent.

  (4) a comprehensive list of all its creditors, customers, employees and other persons or entities to whom it has an outstanding obligation and the extent of its obligation in respect of any or all of its assets.

4. The Applicant do serve this Order together with the Application and supporting affidavit on the Respondent.

5. This matter be adjourned for further hearing inter partes on 04th December 2006, at 8:15 a.m.

BY THE COURT

*[signature]*
Registrar

**AND TAKE NOTICE that if you the Directors of the Respondent fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned.**