```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 4:06-CV-1064 (CEJ) |
| | ) |
| BETONSPORTS, PLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court on the status reports filed by each party. Both parties agree that defendant has not yet fully complied with the Order of Permanent Injunction. The parties anticipate that full compliance may be accomplished in January 2007.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall advise the Court in writing by **February 1, 2007**, as to whether this matter is suitable for dismissal, with or without prejudice, or for entry of judgment in favor of plaintiff.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of January, 2007.