UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06CV01064 CEJ |
| | ) | |
| BETONSPORTS PLC, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Steven A. Muchnick, Assistant United States Attorney, and hereby enter their appearance on behalf of the United States, in addition to the other attorneys who previously entered their appearance on behalf of the United States.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

*/s/ Steven A. Muchnick*
STEVEN A. MUCHNICK   #3905
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Jeffrey T. Demerath
Armstrong Teasdale LLP
Attorney for defendant BETONSPORTS PLC

                                            s/ Steven A. Muchnick
                                            STEVEN A. MUCHNICK
                                            Assistant United States Attorney