UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:06CV01064 CEJ |
| v. | ) | |
| | ) | |
| BETONSPORTS PLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAWAL AS COUNSEL

The undersigned attorney respectfully requests that this Court grant this Motion to Withdraw as Counsel from the above-referenced case, for the following reason:

1. The undersigned has been privileged to represent the interests of the people of the United States of America in this cause by reason of his position as an Assistant United States Attorney for the Eastern District of Missouri.

2. After February 2, 2008, the undersigned no longer will hold office as an Assistant United States Attorney, having retired from that position effective at the end of that day.

3. A different Assistant United States Attorney has or will soon enter his appearance in this cause, replacing the undersigned, and additional attorneys from the United States remain of record, representing the plaintiff's interests.

THEREFORE, it is respectfully requested that this Court grant this motion, permitting the undersigned to withdraw from this case.

FURTHER, it is respectfully suggested that this Court direct its Clerk's office to make appropriate modifications in its electronic case filing system so that notification and filing in this case are not sent to the undersigned's soon-to-be unused government email account.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney


/s/ *Michael K. Fagan*
MICHAEL K. FAGAN, #6617
Assistant United States Attorney


## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, the foregoing was filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

> Jeffrey T. Demerath
> Armstrong Teasdale LLP
> [BETONSPORTS PLC]

/s/ *Michael K. Fagan*
MICHAEL K. FAGAN, #6617
Assistant United States Attorney

2