UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BETONSPORTS, PLC, )<br>)<br>Defendant. ) | No. 4:06-CV-1064 (CEJ) |

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court shall administratively close this case.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 1st day of October, 2009.